UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE CHENG, <br>    v. <br> JACKIE SPEIER, <br>        Defendant. | Case No. 22-cv-00083-SI <br><br> **JUDGMENT** |

The Court has dismissed the first cause of action without leave to amend and declined supplemental jurisdiction over the state law claims. Judgment is hereby entered against plaintiff Clyde Cheng and in favor of defendant Congresswoman Jackie Speier.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: July 4, 2022

SUSAN ILLSTON
United States District Judge