UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 05 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CLYDE CHENG, individually and on behalf of all others similarly situated,

    Plaintiff - Appellant,

v.

JACKIE SPEIER, Congresswoman, in her official and individual capacities,

    Defendant - Appellee.

No. 22-16170

D.C. No. 3:22-cv-00083-SI
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered July 12, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT